## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**DANIEL REYES, MARIA M. REYES, MAGALY REYES,
DANIELA REYES, SAN JUANITA MORENO,
ARNOLDO GARCIA, MARIA LUISA GARCIA,
KARLA GARCIA, KARINA GARCIA, JESSICA GARCIA**
      Plaintiffs

           vs.                                              Case Number: 02-2239

**REMINGTON HYBRID SEED COMPANY INC.
JOHN OVERBECK, STEVE HAGEMAN,
BRAULIO ZARATE, JR.,**
      Defendants


**REMINGTON HYBRID SEED COMPANY INC.
JOHN OVERBECK, STEVE HAGEMAN**
           Counter Claimants
           vs.

**DANIEL REYES, MARIA M. REYES, MAGALY REYES,
DANIELA REYES, SAN JUANITA MORENO,
ARNOLDO GARCIA, MARIA LUISA GARCIA,
KARLA GARCIA, JESSICA GARCIA**
           Counter Defendants

AO 450 (Rev. 5/85) Judgment in a Civil Case

☐ **DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that on February 10, 2005, default judgment is entered in favor of the plaintiffs and against defendant Braulio Zarate, Jr in the amount of $114,370.11 in damages and $150.00 in costs. FURTHER ORDERED AND ADJUDGED that this case is dismissed against all defendants, except defendant Braulio Zarate, Jr., with prejudice.

ENTER this 30th day of April, 2008

s/Pamela E. Robinson
_____
PAMELA E. ROBINSON, CLERK

s/V. Ball
_____
BY: DEPUTY CLERK